

United States District Court
Eastern District of California

Psychiatric Medical Care, LLC

Plaintiff(s)

Case Number: 2:26-cv-00751-DAD-JDP

V.

Glenn Medical Center, LLC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Briana T. Sprick Schuster hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Psychiatric Medical Care, LLC

On ____11/01/2012____ (date), I was admitted to practice and presently in good standing in the ____Supreme Court of Illinois____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____05/05/2026____     Signature of Applicant: /s/ Briana T. Sprick Schuster

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Briana T. Sprick Schuster |
| Law Firm Name: | Bass, Berry & Sims PLC |
| Address: | 21 Platform Way South |
| | Suite 3500 |
| City: | Nashville     State: TN     Zip: 37203 |
| Phone Number w/Area Code: | (615) 742-7853 |
| City and State of Residence: | |
| Primary E-mail Address: | briana.sprick.schuster@bassberry.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Landon D. Bailey |
| Law Firm Name: | Bailey PLC |
| Address: | 1200 Suncast Lane |
| | Suite 7 |
| City: | El Dorado Hills     State: CA     Zip: 95762 |
| Phone Number w/Area Code: | (916) 713-2580     Bar # 240236 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 6, 2026

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT